UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL LOPEZ<br><br>    Plaintiff,<br><br>vs.<br><br>JEFFERSON STREET EQUITIES LLC and MELROSE HOSPITALITY CORP.,<br><br>    Defendants. | Case No. 1:24-cv-01385-NCM-LB |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AGAINST DEFENDANTS JEFFERSON STREET EQUITIES LLC AND MELROSE HOSPITALITY CORP

Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, SAMUEL LOPEZ, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants, JEFFERSON STREET EQUITIES LLC and MELROSE HOSPITALITY CORP.

September 11, 2024

                                                                Respectfully submitted,

                                                                */s/ Jennifer E. Tucek, Esq.*
                                                                Law Office of Jennifer Tucek, PC
                                                                Bar No. JT2817
                                                                315 Madison Avenue, #3054
                                                                New York, N.Y. 10017
                                                                (917) 669-6991
                                                                TucekLaw@Gmail.com
                                                                *Attorney for Plaintiff*